# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 2:13-cr-00015-MR-DLH-2

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT OF ACQUITTAL** |
| ) | |
| **JEROME BROCK PARKER,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** came for trial and was heard by the undersigned judge, and a jury was duly empaneled and answered the following issues as follows:

**Issue 2(a).** As to the felony charge contained in Count One of the Bill of Indictment, we the jury unanimously find **JEROME BROCK PARKER**:

Answer: **NOT GUILTY**

**Issue 2(b).** As to the misdemeanor charge contained in Count One of the Bill of Indictment, we the jury unanimously find **JEROME BROCK PARKER**:

Answer: **NOT GUILTY**

**Issue 5(a).** As to the felony charge contained in Count Two of the Bill of Indictment, we the jury unanimously find **JEROME BROCK PARKER**:

Answer: **NOT GUILTY**

**Issue 5(b).** As to the misdemeanor charge contained in Count Two of the Bill of Indictment, we the jury unanimously find **JEROME BROCK PARKER**:

Answer: **NOT GUILTY**

Based on the foregoing facts as found by the jury, **IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Defendant Jerome Brock Parker is hereby **ACQUITTED** and **DISCHARGED** as to Counts One and Two of the Bill of Indictment, and any bond is hereby **EXONERATED**.

Signed: May 4, 2017

Martin Reidinger
United States District Judge